**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In re C. R. Bard, Inc.*
*Pelvic System Products Liability Litigation*
*MDL No. 2187*

Civil Action No.  2:16-cv-06560

_____

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2187 by reference.  Plaintiff(s)

further show the court as follows:

1.      Female Plaintiff

        Donna Shea

2.      Plaintiff Husband

        _____

3.      Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

        _____

4.      State of Residence

        Missouri

5.      District Court and Division in which action is to be filed upon transfer from the MDL.

        United States District Court for the Eastern District of Missouri

        Cape Girardeau Division

6.      Defendants (Check Defendants against whom Complaint is made):

        ☐      A.  C. R. Bard, Inc. ("Bard")

        ☐      B.  Sofradim Production SAS ("Sofradim")

☑    C.  Tissue Science Laboratories Limited ("TSL")

☐    D.  Ethicon, Inc.

☐    E.  Johnson & Johnson

☐    F.  American Medical Systems, Inc. ("AMS")

☐    G.  Boston Scientific Corporation

☐    H.  Mentor Worldwide LLC

☐    I.  Coloplast Corp.

☐    J.  Cook Incorporated

☐    K.  Cook Biotech, Inc.

☐    L.  Cook Medical, Inc.

☐    M.  Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐    N.  Neomedic International, S.L.

☐    O.  Neomedic Inc.

☐    P.  Specialties Remeex International, S.L.

7.    Basis of Jurisdiction

☑    Diversity of Citizenship

8.

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-8

   b.  Other allegations of jurisdiction and venue

2

9.    Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

☐    A.  The Align Urethral Support System;

☐    B.  The Align TO Urethral Support System;

☐    C.  The Avaulta Anterior BioSynthetic Support System;

☐    D.  The Avaulta Posterior BioSynthetic Support System;

☐    E.  The Avaulta Plus Anterior Support System;

☐    F.  The Avaulta Plus Posterior Biosynthetic  Support System;

☐    G.  The Avaulta Solo Anterior Synthetic Support System;

☐    H.  The Avaulta Solo Posterior Synthetic Support System;

☐    I.  The InnerLace BioUrethral Support System;

☑    J.  The Pelvicol Acellular Collagen Matrix;

☐    K.  The PelviLace BioUrethral Support System;

☐    L.  The PelviLace TO Trans-obturator BioUrethral Support System;

☐    M.  The PelviSoft Acellular Collagen BioMesh;

☐    N.  The Pelvitex Polypropylene Mesh;

☐    O.  The Uretex SUP Purbourethral Sling;

☐    P.  The Uretex TO Trans-obturator Urethral Support System;

☐    Q.  The Uretex TO2 Trans-obturator Urethral Support System; and

☐    R.  The Uretex TO3 Trans-obturator Urethral Support System.

☐    S.  Other

10.   Defendants' Products about which Plaintiff is making a claim.  (Check applicable products)

☐   A.  The Align Urethral Support System;

☐   B.  The Align TO Urethral Support System;

☐   C.  The Avaulta Anterior BioSynthetic Support System;

☐   D.  The Avaulta Posterior BioSynthetic Support System;

☐   E.  The Avaulta Plus Anterior Support System;

☐   F.  The Avaulta Plus Posterior Biosynthetic  Support System;

☐   G.  The Avaulta Solo Anterior Synthetic Support System;

☐   H.  The Avaulta Solo Posterior Synthetic Support System;

☐   I.  The InnerLace BioUrethral Support System;

☑   J.  The Pelvicol Acellular Collagen Matrix;

☐   K.  The PelviLace BioUrethral Support System;

☐   L.  The PelviLace TO Trans-obturator BioUrethral Support System;

☐   M.  The PelviSoft Acellular Collagen BioMesh;

☐   N.  The Pelvitex Polypropylene Mesh;

☐   O.  The Uretex SUP Purbourethral Sling;

☐   P.  The Uretex TO Trans-obturator Urethral Support System;

☐   Q.  The Uretex TO2 Trans-obturator Urethral Support System; and

☐   R.  The Uretex TO3 Trans-obturator Urethral Support System.

☐   S.  Other

_____

_____

4

11.    Date of Implantation as to Each Product

11/20/2002

12.     Hospital(s) where Plaintiff was implanted (including City and State)

Beebe Medical Center

Lewes, DE

13.    Implanting Surgeon(s)

R.U. Hosmane, MD

Lewes, DE

14.    Counts in the Master Complaint brought by Plaintiff(s)

☑    Count I

☑    Count II

☑    Count III

☑    Count IV

☑    Count V

☑    Count VI

☐    Count VII (by the Husband)

☑    Count VIII

☐    Other _____ (please state the facts supporting this Count in the space, immediately below)

☐    Other _____ (please state the facts supporting this Count in the space, immediately below)

                                                          s/      Edward Blizzard
                                                               Attorney(s) for Plaintiff

       Address, phone number, email address and bar information:

July 21, 2016                                    Edward Blizzard (TX Bar #02495000)
                                                 Katherine Cornell (TX Bar #24082858)
                                                 BLIZZARD & NABERS, LLP
                                                 440 Louisiana, Suite 1710
                                                 Houston, TX 77002
                                                 (713) 844-3750
                                                 eblizzard@blizzardlaw.com
                                                 kcornell@blizzardlaw.com